**Order entered October 21, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00703-CV

### JASON MARTINEZ AND HOLLY WOODARD MARTINEZ, Appellants

### V.

### ICAN FINANCIAL, INC., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-09112**

### ORDER

This is an accelerated appeal. On September 21, 2021, we ordered the appeal submitted without the reporter's record and further ordered appellants to file their brief no later than October 11, 2021. To date, however, the brief has not been filed. Accordingly, we **ORDER** appellants to file their brief **no later than November 1, 2021.** We caution appellants that failure to file the brief may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE